**No. 09-10479. Everett Jerome Tripodis, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3375, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4487.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 362 Fed. Appx. 967.

**No. 09-10482. Ulysses Robinson, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3376, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4490.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 352 Fed. Appx. 27.

**No. 09-10483. Rodney Ray, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3376, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4530.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 363 Fed. Appx. 311.

**No. 09-10486. Abraham Ferrel Gutierrez, Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3376, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4503.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 363 Fed. Appx. 500.

**No. 09-10487. John Fitzgerald Harris, Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3376, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4498.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 893.

**No. 09-10489. Frederick Bradley Nowell, Sr., Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3376, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4450.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-10490. Ibrahim A. Yousef, Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3376, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4382.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 147.

**No. 09-10493. Gradis L. Jones, Petitioner v. United States.**

560 U.S. 948, 130 S. Ct. 3377, 176 L. Ed. 2d 1261, 2010 U.S. LEXIS 4510.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 370 Fed. Appx. 577.